UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| NECHELLE LEMAGNE, Administrator of the  Estate of the late Brandon Lemagne, )  )  )  Plaintiff, )  )  v. )  )  KENYATTA MOMON, *et al*., )  )  Defendants. ) | C.A. #1:25-cv-783 |

MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO WITHDRAW AS COUNSEL

Victor M. Glasberg and Abigail S. Grand have moved for leave to withdraw as counsel

for plaintiff Nechelle Lemagne in this lawsuit.  In support of this motion, counsel respectfully

represent that differences and difficulties have arisen as between client and counsel, making it

impossible for counsel to represent their client in a manner consistent with their professional

responsibilities to the client and the Court.[1]  Counsel represent that they have made every effort

to avoid this withdrawal, as they deem plaintiff's claim to be meritorious, but they are left with

no alternative.

This case is in its procedural youth.  Within the limits imposed by the circumstances

giving rise to this motion, the case has been properly prepared by counsel and can be taken over

by successor counsel.  Plaintiff's disclosures and expert disclosures have been made as required.

No depositions have yet been noticed.

---

[1]These differences have nothing to do with bills or financial matters, but with the course
of litigation and what is needed to proceed properly.

Defense counsel's consent appears on the proposed order remitted herewith. Copies of the motion to withdraw, notice of hearing, this memorandum, and the proposed order have been sent to the plaintiff by email and overnight mail, and she has been advised that she is free to state her views to the Court as she sees fit, or endorse the proposed order. If the order is endorsed by plaintiff, counsel will ask the Court to rule on the papers without a hearing.

Respectfully submitted,

VICTOR M. GLASBERG
ABIGAIL S. GRAND,

Counsel for
NECHELLE LEMAGNE, plaintiff


Dated:  October 15, 2025

Counsel for Plaintiff:


//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Abigail S. Grand, #100578
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com
agrand@robinhoodesq.com

-2-

<u>Certificate of Service</u>

I, Victor M. Glasberg, hereby certify that on this 15th day ot October 2025, I filed a true copy of the above memorandum with the clerk's ECF system and sent a copy to plaintiff via email and overnight delivery, to:

Nechelle Lemagne
1124 27th Street
Newport News, VA 233607
abnl2024@yahoo.com

//s// Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
703.684.1100 / Fax: 703.684.1104
vmg@robinhoodesq.com

Counsel for Plaintiff

-3-