

----- Forwarded Message -----
**From:** Baucom, Kimberly <kimberly.pacebaucom@fairfaxcounty.gov>
**To:** About Business <abnl2024@yahoo.com>
**Sent:** Friday, November 21, 2025 at 12:09:16 PM EST
**Subject:** RE: [EXTERNAL]Re: Deposition today

Ms. Lemagne,

We had court today in the federal courthouse, that's where I was when you came to my office. Did you bring your discovery production when you came to my office and leave it for me there?

I'm going to reschedule your deposition for Wednesday December 3rd at 9 am and I'll get your notice and subpoena documents out to you on Monday.

Thanks,

**Kimberly P. Baucom**
Deputy County Attorney
12000 Government Center Parkway
Suite 549
Fairfax, Virginia 22035
Phone: (703) 324-2421
Direct: (703) 324-2704
Fax:  (703) 324-2665

THIS COMMUNICATION CONTAINS CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS AND IS NOT TO BE RELEASED TO THE PUBLIC.  THIS COMMUNICATION IS EXEMPT FROM THE DISCLOSURE PROVISIONS OF THE VIRGINIA FREEDOM OF INFORMATION ACT.  VA. CODE § 2.2-3705.1(2).

**From:** About Business <abnl2024@yahoo.com>
**Sent:** Friday, November 21, 2025 10:14 AM
**To:** Baucom, Kimberly <Kimberly.PaceBaucom@fairfaxcounty.gov>
**Subject:** [EXTERNAL]Re: Deposition today

CAUTION: THIS EMAIL ORIGINATED FROM OUTSIDE OF FAIRFAX COUNTY GOVERNMENT. Do not click links or open attachments unless you recognize the sender and know the content is safe!

I'm on my way 15 mins out
Coming 6 hours away
Thank You

**EXHIBIT 1**

Sent from Yahoo Mail for iPhone

On Wednesday, November 12, 2025, 9:18 AM, Baucom, Kimberly <Kimberly.PaceBaucom@fairfaxcounty.gov> wrote:

> Ms. Lemagne,
>
> As you know your deposition was scheduled for today at 9 am.  It is now nearly 9:20 and you have not arrived.  I'm happy to wait for you if you are on your way, but please give me a call on my direct line – 703-324-2704 – to let me know when you'll arrive.  I have paid for a court reporter and will keep them here until 9:30 in hopes that I'll hear from you.
>
> Also, if you can please give me your phone number I would appreciate it.
>
> Thanks,
>
> **Kimberly P. Baucom**
> Deputy County Attorney
> 12000 Government Center Parkway
> Suite 549
> Fairfax, Virginia 22035
> Phone: (703) 324-2421
> Direct: (703) 324-2704
> Fax:  (703) 324-2665
>
> THIS COMMUNICATION CONTAINS CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS AND IS NOT TO BE RELEASED TO THE PUBLIC.  THIS COMMUNICATION IS EXEMPT FROM THE DISCLOSURE PROVISIONS OF THE VIRGINIA FREEDOM OF INFORMATION ACT.  VA. CODE § 2.2-3705.1(2).