

----- Forwarded Message -----
**From:** Baucom, Kimberly <kimberly.pacebaucom@fairfaxcounty.gov>
**To:** About Business <abnl2024@yahoo.com>
**Sent:** Wednesday, November 5, 2025 at 07:30:07 AM EST
**Subject:** RE: [EXTERNAL]Re: Lemagne v. Momon

Ms. Lemagne,

Sorry for the delay I've been out of the office a bit.  As previously stated, the deposition will be in person in my office as noticed on your subpoena.

Thanks,

Kimberly P. Baucom
Deputy County Attorney
12000 Government Center Parkway
Suite 549
Fairfax, Virginia 22035
Phone: (703) 324-2421
Direct: (703) 324-2704
Fax:  (703) 324-2665


THIS COMMUNICATION CONTAINS CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS AND IS NOT TO BE RELEASED TO THE PUBLIC.  THIS COMMUNICATION IS EXEMPT FROM THE DISCLOSURE PROVISIONS OF THE VIRGINIA FREEDOM OF INFORMATION ACT.  VA. CODE § 2.2-3705.1(2).

**From:** About Business <abnl2024@yahoo.com>
**Sent:** Wednesday, October 29, 2025 8:53 AM
**To:** Baucom, Kimberly <Kimberly.PaceBaucom@fairfaxcounty.gov>
**Subject:** Re: [EXTERNAL]Re: Lemagne v. Momon

I'm confused on why in person when since April I've asked for it to be virtual I live in Charlotte NC Attachment A. is the documents I need to bring. Can you see if you can make it virtual that is definitely too far.

Sent from Yahoo Mail for iPhone

**EXHIBIT 2**

On Wednesday, October 29, 2025, 7:09 AM, Baucom, Kimberly

<Kimberly.PaceBaucom@fairfaxcounty.gov> wrote:

> The deposition is in person in Fairfax. Please bring all of the documents that are requested in Attachment A to the deposition subpoena. Also, your discovery responses were due to me last Friday and I have not received them yet. Can you let me know when you think you'll be getting those to me? If you can get them to me by the end of this week that would be fine.
>
> Thanks,
>
> **Kimberly P. Baucom**
> Deputy County Attorney
> 12000 Government Center Parkway
> Suite 549
> Fairfax, Virginia 22035
> Phone: (703) 324-2421
> Direct: (703) 324-2704
> Fax:  (703) 324-2665
>
>
> THIS COMMUNICATION CONTAINS CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS AND IS NOT TO BE RELEASED TO THE PUBLIC.  THIS COMMUNICATION IS EXEMPT FROM THE DISCLOSURE PROVISIONS OF THE VIRGINIA FREEDOM OF INFORMATION ACT.  VA. CODE § 2.2-3705.1(2).

**From:** About Business <abnl2024@yahoo.com>
**Sent:** Tuesday, October 28, 2025 4:11 PM
**To:** Baucom, Kimberly <Kimberly.PaceBaucom@fairfaxcounty.gov>
**Subject:** Re: [EXTERNAL]Re: Lemagne v. Momon

OK and what else do I need to do and is the court date gonna be virtual or do I have to show up in person?

Sent from Yahoo Mail for iPhone

On Tuesday, October 28, 2025, 4:09 PM, Baucom, Kimberly <Kimberly.PaceBaucom@fairfaxcounty.gov> wrote:

> This is your deposition in the case that you filed as the administrator of your brother's estate.
>
> **Kimberly P. Baucom**
> Deputy County Attorney
> 12000 Government Center Parkway
> Suite 549
> Fairfax, Virginia 22035
> Phone: (703) 324-2421
> Direct: (703) 324-2704
> Fax:  (703) 324-2665

THIS COMMUNICATION CONTAINS CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS AND IS NOT TO BE RELEASED TO THE PUBLIC. THIS COMMUNICATION IS EXEMPT FROM THE DISCLOSURE PROVISIONS OF THE VIRGINIA FREEDOM OF INFORMATION ACT.  VA. CODE § 2.2-3705.1(2).

**From:** About Business <abnl2024@yahoo.com>
**Sent:** Tuesday, October 28, 2025 4:00 PM
**To:** Baucom, Kimberly <Kimberly.PaceBaucom@fairfaxcounty.gov>
**Subject:** [EXTERNAL]Re: Lemagne v. Momon

CAUTION: THIS EMAIL ORIGINATED FROM OUTSIDE OF FAIRFAX COUNTY GOVERNMENT. Do not click links or open attachments unless you recognize the sender and know the content is safe!

Okay this is for me to be able to represent for my brother correct

Sent from Yahoo Mail for iPhone

On Tuesday, October 28, 2025, 9:57 AM, Baucom, Kimberly <Kimberly.PaceBaucom@fairfaxcounty.gov> wrote:

> Ms. Lemagne,
>
> Please see the attached documents associated with your deposition, which I've scheduled for November 12, 2025.
>
> Thanks,
>
> ## Kimberly P. Baucom
>
> Deputy County Attorney
> 12000 Government Center Parkway
> Suite 549
> Fairfax, Virginia 22035
> Phone:  (703) 324-2421
> Direct:  (703) 324-2704
> Fax:    (703) 324-2665
>
>
> THIS COMMUNICATION CONTAINS CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS AND IS NOT TO BE RELEASED TO THE PUBLIC.  THIS COMMUNICATION IS EXEMPT FROM THE DISCLOSURE PROVISIONS OF THE VIRGINIA FREEDOM OF INFORMATION ACT.  VA. CODE § 2.2-3705.1(2).